JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RIGOBERTO SALIDO,**<br><br>Plaintiff,<br><br>**v.**<br><br>**R. C. JOHNSON et al ,**<br><br>Defendants. | Case No. 2:19-cv-08764 CAS (KESx)<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Rigoberto Salido and Defendant E. Gollette have filed a Stipulation for Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  This action is hereby dismissed with prejudice.  The Court shall retain jurisdiction to enforce the terms of the settlement agreement, if necessary.

Each party shall bear its own litigation costs and attorney's fees.

**IT IS SO ORDERED**.

Dated:  August 22, 2022

The Honorable Christina A. Snyder